# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

Thalia L. Santana,

                                  Debtor.

Case No. 26-12030-PMM
Chapter 7

### Notice of Continued 341(a) Meeting

This notice is to inform you that Debtor Thalia L. Santana's 341(a) Meeting of Creditors has been continued to June 08, 2026 at 4:30 P.M. with Trustee Christine C. Shubert.

Date: May 19, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com