United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Thalia L. Santana
　　　Debtor

Case No. 26-12030-pmm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: 139 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thalia L. Santana, 502 Cecil B Moore Ave Unit C, Philadelphia, PA 19122-2999 |
| 15140710 | #+ | Arra Finance, Po Box 631250, Irving, TX 75063-0016 |
| 15140715 | | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15140729 | | Rent Self-Reported, Attn: Bankruptcy, P.O. Box 653065, Dallas, TX 75265-3065 |
| 15140731 | + | SubroClaims, 28150 N Alma School Pkwy #103-642, Scottsdale, AZ 85262-8048 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 19 2026 04:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15140708 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 19 2026 01:01:05 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15140709 | | EDI: MAXMSAIDV | Jun 19 2026 04:51:00 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15140711 | | EDI: TSYS2 | Jun 19 2026 04:51:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15140738 | | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15140712 | | EDI: CAPITALONE.COM | Jun 19 2026 04:51:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15140713 | | EDI: JPMORGANCHASE | Jun 19 2026 04:51:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15140714 | + | EDI: CITICORP | Jun 19 2026 04:51:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15140716 | + | EDI: WFNNB.COM | Jun 19 2026 04:51:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15140717 | + | EDI: WFNNB.COM | Jun 19 2026 04:51:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15140718 | ^ | MEBN | Jun 19 2026 00:53:09 | Cornerstone, PO Box 82561, Lincoln, NE |

District/off: 0313-2                     User: admin                                      Page 2 of 3

Date Rcvd: Jun 18, 2026                  Form ID: 139                                     Total Noticed: 34

| ID | Manner | Date/Time | Address |
|---|---|---|---|
| | | | 68501-2561 |
| 15140719 | Email/PDF: DellBKNotifications@resurgent.com | Jun 19 2026 01:00:56 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708-1577 |
| 15140720 | + EDI: DISCOVERPL | Jun 19 2026 04:51:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15140721 | + EDI: DISCOVER | Jun 19 2026 04:51:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15140722 | EDI: IRS.COM | Jun 19 2026 04:51:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15140723 | + EDI: LENDNGCLUB | Jun 19 2026 04:51:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15140724 | EDI: TDBANKNORTH.COM | Jun 19 2026 04:51:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15140725 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 19 2026 00:57:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15140727 | ^ MEBN | Jun 19 2026 00:52:56 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15140726 | EDI: PENNDEPTREV | Jun 19 2026 04:51:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15140728 | Email/Text: bankruptcy@philapark.org | Jun 19 2026 00:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15140730 | + EDI: AGFINANCE.COM | Jun 19 2026 04:51:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15140732 | EDI: SYNC | Jun 19 2026 04:51:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 15140733 | EDI: SYNC | Jun 19 2026 04:51:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15140734 | + EDI: SYNC | Jun 19 2026 04:51:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15140735 | EDI: SYNC | Jun 19 2026 04:51:00 | Synchrony/American Eagle, Sttn: Bankruptcy PO Box 965065, Orlando, FL 32896-5065 |
| 15140736 | + Email/Text: bankruptcysst@alorica.com | Jun 19 2026 00:57:00 | Systems & Services Technologies, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15140737 | + EDI: TDBANKNORTH.COM | Jun 19 2026 04:51:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 18, 2026 | Form ID: 139 | Total Noticed: 34

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| MICHAEL A. CIBIK | on behalf of Debtor Thalia L. Santana help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Thalia L. Santana
502 Cecil B Moore Ave Unit C
Philadelphia, PA 19122−2999

Debtor(s)                                                                    Case No: 26−12030−pmm

                                                                             Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−8654

_____

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 9/21/26

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

                                        For The Court

                                        Mohung Wong
                                        Clerk of Court

**Date:** June 18, 2026

                                                                    19
                                                                    Form 139