United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Thalia L. Santana
Debtor

Case No. 26-12030-pmm
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Aug 12, 2026 | Form ID: 318 | Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thalia L. Santana, 502 Cecil B Moore Ave Unit C, Philadelphia, PA 19122-2999 |
| 15140710 | #+ | Arra Finance, Po Box 631250, Irving, TX 75063-0016 |
| 15140715 | | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15140729 | | Rent Self-Reported, Attn: Bankruptcy, P.O. Box 653065, Dallas, TX 75265-3065 |
| 15140731 | + | SubroClaims, 28150 N Alma School Pkwy #103-642, Scottsdale, AZ 85262-8048 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: BRWSEITZER | Aug 13 2026 06:03:00 | ROBERT W. SEITZER, Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| smg | | Email/Text: megan.harper@phila.gov | Aug 13 2026 02:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 13 2026 06:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15140708 | | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 13 2026 02:13:32 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15140709 | | EDI: MAXMSAIDV | Aug 13 2026 06:03:00 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15140709 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 13 2026 02:13:30 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15140710 | ^ | MEBN | Aug 13 2026 02:08:56 | Arra Finance, Po Box 631250, Irving, TX 75063-0016 |
| 15140711 | | EDI: TSYS2 | Aug 13 2026 06:03:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15160539 | | Email/Text: megan.harper@phila.gov | Aug 13 2026 02:10:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15164390 | | Email/Text: megan.harper@phila.gov | Aug 13 2026 02:10:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15140738 | | Email/Text: megan.harper@phila.gov | Aug 13 2026 02:10:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 19102-1617 |
| 15140712 | | EDI: CAPITALONE.COM | Aug 13 2026 06:03:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15160634 | + | EDI: AIS.COM | Aug 13 2026 06:03:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15140713 | | EDI: JPMORGANCHASE | Aug 13 2026 06:03:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15140714 | + | EDI: CITICORP | Aug 13 2026 06:03:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15140716 | + | EDI: WFNNB.COM | Aug 13 2026 06:03:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15140717 | + | EDI: WFNNB.COM | Aug 13 2026 06:03:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15140718 | ^ | MEBN | Aug 13 2026 02:09:17 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15140719 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 13 2026 02:13:27 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708-1577 |
| 15140720 | + | EDI: DISCOVERPL | Aug 13 2026 06:03:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15140721 | + | EDI: DISCOVER | Aug 13 2026 06:03:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15140722 | | EDI: IRS.COM | Aug 13 2026 06:03:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15165641 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 13 2026 02:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15140723 | + | EDI: LENDNGCLUB | Aug 13 2026 06:03:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15140724 | | EDI: TDBANKNORTH.COM | Aug 13 2026 06:03:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15140725 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 13 2026 02:10:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15140727 | ^ | MEBN | Aug 13 2026 02:09:02 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15140726 | | EDI: PENNDEPTREV | Aug 13 2026 06:03:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15140728 | | Email/Text: bankruptcy@philapark.org | Aug 13 2026 02:11:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15140730 | + | EDI: AGFINANCE.COM | Aug 13 2026 06:03:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15140732 | | EDI: SYNC | Aug 13 2026 06:03:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 15140733 | | EDI: SYNC | Aug 13 2026 06:03:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15140734 | + | EDI: SYNC | Aug 13 2026 06:03:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15140735 | | EDI: SYNC | Aug 13 2026 06:03:00 | Synchrony/American Eagle, Sttn: Bankruptcy PO |

| | | | |
|---|---|---|---|
| | | | Box 965065, Orlando, FL 32896-5065 |
| 15140736 | + Email/Text: bankruptcysst@alorica.com | Aug 13 2026 02:10:00 | Systems & Services Technologies, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15157512 | ^ MEBN | Aug 13 2026 02:09:07 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 15140737 | + EDI: TDBANKNORTH.COM | Aug 13 2026 06:03:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15165642 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| MICHAEL A. CIBIK | on behalf of Debtor Thalia L. Santana help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Thalia L. Santana<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8654 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 26–12030–pmm | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thalia L. Santana
aka Thalia Rosario

8/11/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**