**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:**<br><br>**THALIA L. SANTANA**<br>**a/k/a THALIA ROSARIO**<br><br>**Debtor** | : | **CHAPTER 7**<br><br>**BANKRUPTCY NO. 26-12030 (PMM)** |

**CERTIFICATION OF NO ANSWER, OBJECTION OR OTHER RESPONSIVE PLEADING TO APPLICATION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, TO EMPLOY ABEL LAW PC AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FED. R. BANKR. P. 2014**

**TO: THE HONORABLE PATRICIA M. MAYER, United States Bankruptcy Judge**

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on September 8, 2026 a copy of the Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Abel Law PC as Special Counsel Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application") and Notice of Application and Response Deadline were served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties, and interested parties in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Application and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

**WHEREFORE**, counsel to the Trustee respectfully requests that the Application be approved.

**Respectfully submitted,**

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com
*Attorneys for the Trustee*

Dated: September 16, 2026