**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**THALIA L. SANTANA**<br>**a/k/a THALIA ROSARIO**<br><br>**Debtor** | **CHAPTER 7**<br><br>**BANKRUPTCY NO. 26-12030 (PMM)** |

**<u>CERTIFICATION OF SERVICE</u>**

I, Robert W. Seitzer, Esquire, certify that on September 16, 2026, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certificate of No Objection, Answer or Other Responsive Pleading to the Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Abel Law PC as Special Counsel Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
*Attorneys for the Trustee*

Dated: September 16, 2026

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Counsel to the U.S. Trustee*

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226
*Chapter 7 Trustee*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel to the Debtor*

**VIA E-MAIL**

Lawrence W. Abel, Esquire
Abel Law PC
P.O. Box 2138
Philadelphia, PA 19103-0138
abel4law@gmail.com
*Proposed Special Counsel to Chapter 7 Trustee*