**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **THALIA L. SANTANA** | : | **BANKRUPTCY NO. 26-12030 (PMM)** |
| **a/k/a THALIA ROSARIO** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ Abel Law PC ("Abel") as Special Counsel Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application"), and good cause having been shown; it is hereby

**ORDERED,** that the Application is **APPROVED**; it is further

**ORDERED,** that Abel is employed as special counsel; and it is further

**ORDERED,** that all of Abel's fees and expenses, including requests for reimbursement for experts retained by Abel, are subject to review under 11 U.S.C. § 330 and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of the Court.

**BY THE COURT:**

Patricia M. Mayer

Dated: 9/17/26

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE